UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Adam P Kelly, et al.
        Plaintiff,

v.               Case No.: 1:10−cv−05332
              Honorable Blanche M. Manning

Bank of America, N.A., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 7, 2012:

  MINUTE entry before Honorable Blanche M. Manning: This order is entered nunc pro tunc 5/31/2012. Status hearing held on 5/31/2012. Plaintiffs unopposed motion for settlement approval and the parties Settlement Agreement (Case No. 10 5332, Dkt. Entry 262) are before the Court. The sealed motion [262] is granted. In Case Nos. 10 C 5332 and 11 C 962, the Court orders as follows: (1) The Settlement Agreement is approved as a fair, equitable, and reasonable resolution of a bona fide dispute in this contested litigation and is incorporated herein by this reference and made a part hereof as though set forth in full; (2) The formula for allocation of settlement payments set forth in the Settlement Agreement is approved as a fair, equitable, and reasonable measure for distributing the settlement payment to Class Members; (3) All individuals who have filed consents to join this action as parties plaintiff prior to the date of entry of this Order are hereby deemed to fully and unconditionally waive and release any and all Released Claims (as that term is defined in the Settlement Agreement) against any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement; and (4) The attorneys fees representing One−Third (1/3) of the settlement fund, costs, and the service payments as set forth in the Settlement Agreement, are approved and Defendants are hereby ordered to make payments in accordance with and subject to the terms of the Settlement Agreement. Accordingly, the Court enters judgment in accordance with this Order and in accordance with the terms of the Settlement Agreement. This case (Case No. 10 C 5332) and the case captioned Monti Wilkins v. Bank of America, Case No. 11 C 962, which was previously consolidated into this case and settled as a part of this case, are dismissed without prejudice, with all costs borne in accordance with the Settlement, with leave to reinstate for the limited purpose of moving to enforce terms of the settlement, so long as such motion is filed on or before September 28, 2012. If no motion to reinstate is filed by this date, the dismissal in both cases shall automatically convert to a dismissal with prejudice. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.